# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE:<br><br>DERRICK SMITH<br>SSAN: XXX-XX-9312<br><br><br><br>Debtor(s) | Case No. 16-31751-DHW<br>Chapter 13 |

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s)' plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on July 01, 2016.

2. The debtor(s)' §341 Meeting of Creditors was held August 10, 2016.

(**X**) The plan fails to make provisions for the following secured/priority listed Creditor(s): GMAC Mortgage. Debtor is suppose to strip the second mortgage lien and has not done so. The plan fails to provide that an adversary proceeding is to be filed.

(**X**) The Ford Taurus was totaled, but debtor's plan still proposes to pay it through the plan.

WHEREFORE, the above premises considered, Trustee objects to confirmation of the debtor(s)' plan and requests that either confirmation be denied or the case be continued until such time as the above referenced issues have been resolved.

Respectfully submitted this September 06, 2016.

| | |
|---|---|
| Office of the Chapter 13 Trustee<br>P.O. Box 173<br>Montgomery, AL 36101-0173<br>Phone: (334)262-8371<br>Fax: (334)262-8599<br>email: mckinneys@ch13mdal.com | /s/ *Sabrina L. McKinney*<br>Sabrina L. McKinney<br>Acting Chapter 13 Trustee |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served a copy of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this September 06, 2016.

Copy to: DEBTOR(S)
RICHARD D SHINBAUM

/s/ *Sabrina L. McKinney*
Sabrina L. McKinney
Acting Chapter 13 Trustee