IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| In the Matter of: ) | |
| ) | Case No. 16-31751 |
| **Derrick Smith,** ) | |
| ) | Chapter 13 |
| ) | |
| **Debtor.** ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the Objection To Claim No. 10 Of Creditor Real Time Resolutions, Inc. on all parties listed below by CM/ECF or by mail on December 29, 2016.

Waterview 2007-1 Trust
c/o Deutsche Bank Trust Company Delaware
1011 Centre Road, Suite 200
Wilmington , DE 19805

Suzanne Patten
Deutsche Bank National Trust Company
1761 East Saint Andrews Place
Santa Ana, CA 92705

/s/ Joshua C. Milam
Joshua C. Milam ASB-3046-T99U
Attorney for Debtor
The Shinbaum Law Firm, P.C.
566 South Perry Street (36104)
P.O. Box 201
Montgomery, AL 36101
334-269-4440- Selma 334-872-4545