IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: | CHAPTER 13 CASE<br>NO. 16-31751-DHW |
| DERRICK SMITH<br>    Debtor(s). | |

**PURSUANT TO LBR 9007-1, THIS MOTION WILL BE TAKEN UNDER ADVISEMENT BY THE COURT AND MAY BE GRANTED UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 21 DAYS OF SERVICE. RESPONSES MUST BE FILED WITH THE CLERK AND SERVED UPON THE MOVING PARTY. RESPONSES MUST BE FILED ELECTRONICALLY WITH THE CLERK OR BY US MAIL ADDRESSED TO THE CLERK OF THE BANKRUPTCY COURT, ONE CHURCH ST, MONTGOMERY, ALABAMA 36104.**

This pleading is being filed and noticed pursuant to M.D. AL L.B.R. 9007-1 procedures for:
Approve Compromise or Settlement pursuant 9019(a)

## MOTION TO APPROVE SETTLEMENT

COMES NOW, Jeffrey G. Hunter, and moves this Honorable Court to approve the settlement of the debtor, Derrick Smith's personal injury claim, and as grounds for said motion, states as follows:

Jeffrey G. Hunter was employed by debtor, Derrick Smith, to pursue a claim for a personal injury which arose out of a motor vehicle accident. A settlement has been reached for the total amount of $9,000.00. A copy of the release is attached.

WHEREFORE, the above premises considered, the undersigned moves this Honorable Court to approve the debtor, Derrick Smith's personal injury settlement so that the undersigned may release the proceeds to the Trustee for the benefit of the debtor's unsecured creditors. The undersigned will file a separate application for approval of fees and reimbursement of expenses.

Respectfully submitted this 15th day of August, 2017.

*s/ Jeffrey G. Hunter*
                                            Jeffrey G. Hunter (HUN028)

OF COUNSEL:
Floyd, Hunter, Kies & White, P.C.
P.O. Drawer 1227
Millbrook, Alabama 36054
Telephone:  334-285-4488
Facsimile:   334-285-4552

# CERTIFICATE OF SERVICE

    I, Jeffrey G. Hunter, certify that I have served a copy of the foregoing MOTION TO APPROVE SETTLEMENT on the parties listed below by either electronic mail or placing same in the United States Mail, postage prepaid and properly addressed, this 15th day of August, 2017.

                                            *s/ Jeffrey G. Hunter*
                                            Of Counsel

Debtor

Debtor's Attorney

Curtis C. Reding
Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101-0173

Teresa R. Jacobs
Bankruptcy Administrator
U.S. Bankruptcy Court
One Church Street
Montgomery, AL  36104

All Creditors

# PROGRESSIVE COMPANIES

## FULL RELEASE OF ALL CLAIMS WITH INDEMNITY

Date: 2-22-17

KNOW ALL BY THESE PRESENTS, that I, we **Derrick Smith, a single male, (only)**, for and in consideration of the payment of **Nine Thousand Dollars & No/100 ($9,000.00)**, the receipt of which is hereby acknowledged, do (does) hereby for ourselves (myself) and our (my) heirs, executors, administrators, successors and assigns and any and all other persons, firms, employers, corporations, associations, or partnerships release, acquit and forever discharge **Gene Schofield, Sr., and Sandra Schofield** from any and all claims, actions, causes of actions, demands, rights, damages, property damage, costs, loss of wages, expenses, hospital and medical expenses, accrued or unaccrued claims for loss of consortium, loss of support or affection, and loss of society or companionship on account of or in any way arising out of any and all known and unknown personal injuries and damages resulting from an automobile accident which occurred on or about **August 6, 2016** at or near **3100 Block Taylor Road & Vaughn Road in Montgomery, Al.**

It is understood and agreed that this settlement is in full compromise of a doubtful and disputed claim as to both questions of liability and as to the nature and extent of the injuries and damages, and that neither this release, nor the payment pursuant thereto, shall be construed as an admission of liability, such being denied.

It is further understood and agreed that the undersigned relies wholly upon the undersigned's judgment, belief, and knowledge of the nature, extent, effect, and duration of said injuries and liability therefore and is made without reliance upon any statement of representation of the party or parties hereby released or their representatives.

The Releasors expressly warrant that no other person or entity has asserted or is able to assert any lien, claim or entitlement to any portion of the consideration recited above which has not been satisfied, or will not be satisfied immediately out of the above-recited consideration being paid for this Release. The Releasors further expressly agree to indemnify and hold harmless the Released Parties and their present and former insurers, directors, officers, agents, employees, successors, corporations and assigns from any lien, claim or entitlement to any portion of the consideration recited above being paid for this Release which may be asserted at any time by any person or entity arising out of said collision other than those expressly provided herein.

## I have read this release and understand it.

| Witness | Date | Signature | Date |
|---|---|---|---|
| [signed] | 2/22/17 | [signed] | 2-22-17 |

JULIE H COOPER
My Commission Expires
March 13, 2018

| Witness | Date | Signature | Date |