# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re

Derrick Smith,

    Debtor.

Case No. 16–31751
Chapter 13

## ORDER

This case is before the court on the following matter:

*51* – Rule 9007 Motion/Notice/Objection: Motion to Approve Compromise or Settlement Motion to Approve Settlement filed by Jeffrey G. Hunter on behalf of Jeffrey G. Hunter. Responses due by 09/8/2017. (Hunter, Jeffrey)

It appears that notice has been given pursuant to LBR 9007–1 and that no response has been filed. Accordingly, it is

**ORDERED,** that the motion/objection is **GRANTED** according to the terms stated.

Dated September 9, 2017

Dwight H. Williams Jr.
United States Bankruptcy Judge