UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  Case No. 16-31751-DHW
Chapter 13

DERRICK SMITH,

    Debtor.

## ORDER APPROVING FEES AND EXPENSES

Jeffrey G. Hunter filed an application (Doc. # 52) for approval of compensation and reimbursement of expenses. Due notice was given by mail to the debtor and all creditors. The matter came on for hearing on September 25, 2017.

Jeffrey G. Hunter seeks to be allowed a fee of ***$3,000.00*** plus ***$367.20*** for expenses incurred for legal services rendered to the debtor, which services are more specifically set out in the application filed with this court. Counsel also requested ***$2,632.80*** for post-petition medical expenses, which are more specifically described in the application.

The compensation requested was recommended by the bankruptcy administrator (Doc. #55), and no objection was made at the hearing on the application for approval of compensation. In accordance with the ruling from the bench in open court, it is

ORDERED that the fee and expenses be awarded as set forth above.

Done this 25th day of September, 2017.

*[signature: Dwight A. Williams, Jr.]*

Dwight H. Williams, Jr.
United States Bankruptcy Judge

c:     Debtor
       Richard D. Shinbaum, Attorney for Debtor
       Sabrina L. McKinney, Trustee
       Bankruptcy Administrator
       Jeffrey G. Hunter, Special Counsel

Case 16-31751     Doc 58     Filed 09/25/17     Entered 09/25/17 11:32:44     Desc Main
Document     Page 1 of 1